## CALEB F. DAVIS *versus* ISAAC W. INGERSOLL
### January 18, 1840.

J. A. Van Dyke, attorney for plaintiff.

## JONAH BREWSTER, MARTHA BREWSTER, GEORGE BREWSTER, MARY BREWSTER, and BENJAMIN BREWSTER *versus* EUROTAS P. HASTINGS, SHUBAEL CONANT, and HENRY S. COLE, Executors, etc., of FRANKLIN BREWSTER, Deceased.
### March 7, 1840.